**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Henry Luceno Becerra Suarez,

Petitioner,

v.

Kristi Noem, et al.,

Respondents.

No. CV-26-01484-PHX-MTL (MTM)

**ORDER**

Pursuant to this Court's Order (Doc. 10), Respondents apprised the Court that Petitioner has been released on bond on August 24, 2026, and is no longer in custody. (Doc. 11.) Respondents therefore request the dismissal of this matter as moot, and Petitioner does not object. (*Id.*)

Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** that the Petition (Doc. 1) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that all pending motions are denied and directing the Clerk of Court to enter judgment accordingly and close this case.

Dated this 3rd day of September, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge